UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PHOENIX BULK CARRIERS (US), LLC, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:23-cv-00436 JUDGE MICHAEL J. TRUNCALE |
| v. | § § | ADMIRALTY RULE 9(h) |
| CAL-IXA AGGREGATES LLC, d/b/a CAL-IXA AGGREGATES, | § § § § | |
| Defendant. | § | |

## ACKNOWLDGEMENT OF NOTICE OF DISMISSAL WITH PREJUDICE

Before the Court is the Plaintiff's Notice of Dismissal with Prejudice. [Dkt. 42]. Plaintiff seeks to dismiss with prejudice its claims herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court hereby acknowledges the Plaintiff's notice.

All attorneys' fees and costs are to be borne by the Party incurring same. Further, all Court dates and deadlines are hereby **VACATED**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED this 27th day of September, 2024.**

Michael J. Truncale
United States District Judge